IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07-17 |
| | ) |
| ALBERT B. SEENEY, | ) |
| | ) **REDACTED** |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about November 6, 2006, in the state and District of Delaware, the defendant, ALBERT B. SEENEY, with intent to defraud, did pass to Lowes Home Improvement, Inc., falsely made, forged and counterfeited obligations of the United States, that is, six Federal Reserve Notes each in the denomination of one hundred dollars, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Hana H. Eisenstein
Assistant United States Attorney

Dated: February 6, 2007



FILED
FEB 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE