*FILED IN OPEN COURT*
*3/1/07 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
                               )   CASE NO. **CR 07-17-GMS**
        vs.                    )
                               )
  **ALBERT SEENEY**            )
                               )
            Defendant.         )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on  *3/1/07*  requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *March 16, 2007* The time between the date of this order and *March 16, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney