AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.
ALBERT SEENEY

New Castle, DE 19720

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 07-17 (UNA)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #6C, 6th Floor** |
| | Date and Time |
| | 3/1/07 at 1:00 PM |
| Before:    Honorable Mary Pat Thynge, United States Magistrate Judge | |

**\*\* Please report to the U.S. Marshal's in Rm #100 by 12:00 PM**

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    472

Brief description of offense:

PASSING COUNTERFEIT FEDERAL RESERVE NOTES

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 MAR -5 AM 9:45

_Evette Watson_, Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

February 12, 2007 in Wilmington, DE
Date

FILED
MAR 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _cert mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _2-28-07_
Date

_DW Thomas_
Name of United States Marshal

_BJ Fahey_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

D.I. #_____

CRIM ACTION
NUMBER:_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



Albert Seeney
New Castle, DE 19720