IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

         v.                       : Criminal No. 07-17 GMS

                                  :

ALBERT SEENEY                     :

                                  :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned defendant is scheduled for **Tuesday, May 8, 2007, at 9:15 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


                              /s/ Gregory M. Sleet_____
                              UNITED STATES DISTRICT JUDGE

April 30, 2007